# United States District Court
## Northern District of Illinois
### Eastern Division

Naik                                           **JUDGMENT IN A CIVIL CASE**

             v.                                           Case Number: 7 C 3500

Boehringer

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons set forth above, Defendant BIPI's motion for summary judgment [# 64] is granted. Judgment is hereby entered in favor of BIPI on all counts of the complaint. Naik's motions to strike [## 74, 80] are denied as moot. This is a final and appealable order.

                                                           Michael W. Dobbins, Clerk of Court

Date: 6/9/2009                                   _____

                                                           /s/ Tresa S. Abraham, Deputy Clerk